

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS**
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN 17. 2015
PITNEY BOWES
U.S. POSTAGE

PRESORTED
FIRST CLASS

6/17/2015
HAINES, RODNEY STEVE      Tr.Ct. No. A05-211-T      WR-83,380-03

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT TDC # 1347790
1300 FM 655
ROSHARON, TX 77583

DISCHARGED